# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | Office of the Clerk |
| United States Courthouse | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | |

## FINAL JUDGMENT

December 20, 2022

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 21-2948 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>EDWARD L. FILER,<br>Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:19-cr-00565-1 ||
| Northern District of Illinois, Eastern Division ||
| District Judge Harry D. Leinenweber ||

   The district court's judgment of acquittal is **REVERSED** and the case is **REMANDED** for a new trial. Pursuant to Circuit Rule 36, the case shall be reassigned for trial on remand. The above is in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)